PROSPERITY COMPANY, INC., Appellant, v. AMERICAN LAUNDRY MACHINERY COMPANY, Respondent.

Argued May 14, 1947; decided May 29, 1947.

*Victor Levine* for appellant.
*Basil B. Aylesworth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., CONWAY, DESMOND, THACHER, DYE and FULD, JJ. Taking no part: LEWIS, J.